# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0058.  EJIMAH NWACHUKWU v. LAUREN FERGUSON.**

In this domestic relations case, Ejimah Nwachukwu filed on June 17, 2019 an emergency motion seeking an extension of time to file an application for a discretionary appeal; Nwachukwu represents that an order denying his motion for new trial was entered on May 20, 2019.

Said motion is hereby GRANTED; Nwachukwu shall have until July 19, 2019 to file his discretionary application in accordance with OCGA § 5-6-35.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/18/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*